# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF RHODE ISLAND

**In Re:**

| | |
|---|---|
| MICHAEL A. DERDERIAN<br>Debtor | BK No: 05-13641<br>Chapter 7 |

ADELITA S. OREFICE, IN HER CAPACITY AS
DIRECTOR, DEPARTMENT OF LABOR AND TRAINING
    Plaintiff

VS.                                                                         AP No. 06-1004

MICHAEL DERDERIAN
    Defendant

## MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff, Adelita S. Orefice, in her capacity as Director of the Department of Labor and Training and moves that Summary Judgment enter on behalf of the Department. As grounds therefore, plaintiff states that there are no issues of material fact to be decided by a finder of fact and that she is entitled to judgment as a matter of law. In support thereof, plaintiff submits her affidavit and memorandum of law.

The Plaintiff
By her Attorney

/s/ Bernard P. Healy
Bernard P. Healy 2072
1511 Pontiac Avenue
Cranston, RI 02920
401-462-8890
401-331-7123(fax)

### CERTIFICATION OF SERVICE

I certify that on September 5, 2006 I mailed and faxed a true copy of the within Motion to Christopher M. Lefebvre, Esq., PO Box 479, Pawtucket, RI 02862, Fax No. 401-728-6534