*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

Re: **Michael A. Derderian**

Debtor(s)

BK No. **1:05-bk-13641**

Chapter: **7**

**Department of Labor and Training**
Plaintiff(s)

v.

AP No. **1:06-ap-01004**

**Michael A. Derderian**
Defendant(s)

## *Notice of Continued Hearing*

PLEASE TAKE NOTICE that the hearing on the following matter has been continued. For new hearing date, see text below:

*Hearing re [29] Motion for Summary Judgment filed by Defendant Michael A. Derderian, [24] Motion for Summary Judgment filed by Plaintiff Department of Labor and Training, [28] Objection filed by Defendant Michael A. Derderian rescheduled for 11/30/2006 at 11:00 AM at 6th Floor Courtroom. State of RI called and faxed hearing notice.*

**It is recommended that counsel utilize courtroom technology. If familiarization in use of the document camera and/or touch screens is required, please plan on arriving twenty minutes in advance of the hearing and meet with the Court Recorder for training.**

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **11/29/06**
Document Number: **32 - 24, 28, 29**

By: **LLC**
Deputy Clerk

506.jsp #506

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0103-1           User: Cindy              Page 1 of 1              Date Rcvd: Nov 29, 2006
Case: 06-01004                 Form ID: 506             Total Served: 5

The following entities were served by first class mail on Dec 01, 2006.
aty          +Bernard P. Healy,   Rhode Island Department of Labor & Train,   1511 Pontiac Avenue,
               Cranston, RI 02920-4407
ust          +Leonard DePasquale,   US Trustee's Office,   Room 910,   10 Dorrance Street,
               Providence, RI 02903-2018
ust          +Office U.S. Trustee,   Room 910,   10 Dorrance Street,   Providence, RI 02903-2018
pla          +Department of Labor and Training,   1511 Pontiac Avenue,   Cranston, RI 02920-4407
dft          +Michael A. Derderian,   42 Tern Rd.,   Narragansett, RI 02882-3410

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 01, 2006**                         Signature:   *Joseph Speetjens*