FILED DEC 28 '06 14:13 USBCRI

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF RHODE ISLAND

In Re:  
MICHAEL A. DERDERIAN  
Debtor

BK. 1: 05-bk-13641  
AP No.1:06-ap-01004  
Chapter 7

---

**ADELITA S. OREFICE, IN HER CAPACITY AS DIRECTOR, DEPARTMENT OF LABOR AND TRAINING**  
Plaintiff

VS.                                                              AP No. 06-1004

**MICHAEL DERDERIAN**

Defendant

---

This matter came before the court, Judge Votolato presiding, on December 1, 2006 upon the cross motions for summary judgment of the Plaintiff, ADELITA S. OREFICE, Director of the Rhode Island Department of Labor and Training and the Defendant, MICHAEL A. DERDERIAN. After hearing thereon and consideration thereof and for the reasons stated by the Court in its Bench Decision of December, 2006 which are adopted and incorporated by reference herein, it is hereby

### ORDERED, AJUDGED, AND DECREED

1) The motion of the Plaintiff, ADELITA S. OREFICE, Director of the Department of Labor and Training for summary judgment is granted.
2) The motion of MICHAEL A. DERDERIAN for summary judgment is denied.
3) The fine/penalty assessed against MICHAEL A. DERDERIAN is non dischargeable.

**ENTER:**

*/s/ Arthur N. Votolato/*

Arthur N. Votolato  
US Bankruptcy Judge  
Entered on docket: 01/03/2007

## PER ORDER:

_____CS_____

**PRESENTED BY:**

_[signature]_

Bernard P. Healy #2072
1511 Pontiac Avenue
Cranston, RI 02920

## CERTIFICATION

I mailed and faxed a copy of the order to Christopher Lefebvre, Esquire, Family and Consumer Law Center, 2 Dexter Street, P.O. Box 479, Pawtucket, Rhode Island 02862 on this 28th day of December, 2006.

_Christine Burns_