*UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF RHODE ISLAND*
*380 Westminster Street, 6th Floor*
*Providence, RI 02903*
*www.rib.uscourts.gov*
*(401)528-4477*

---

In Re: **Michael A. Derderian**

Debtor(s)

BK No. **1:05-bk-13641**

Chapter **7**

AP No. **1:06-ap-01004**

**Department of Labor and Training** et al
Plaintiff(s)

v.

**Michael A. Derderian** et al
Defendant(s)

Judge: **Arthur N. Votolato**

---

### *JUDGMENT ORDER*

Pursuant to the order entered this date, judgment is hereby entered regarding;

**(re:[41] Order Granting [24] Motion for Summary Judgment filed by Plaintiff Department of Labor and Training and Denying [29] Motion for Summary Judgment by Defendant Michael A. Dederian)**

Judgment #: 1:06–ap–01004 – 42 – 41

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: **1/3/07**
Document Number: **42 – 41**

By: **cs**
Deputy Clerk

judgmentap.jsp Form 406